No. 81–631.   TRUONG DINH HUNG *v.* UNITED STATES; and

No. 81–5344.   HUMPHREY *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Reported below: 629 F. 2d 908 and 667 F. 2d 1105.

No. 81–633.   BASS ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir.   Certiorari denied.

No. 81–637.   BAIRD ET AL. *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–651.   GOTTFRIED ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 81–653.   BREWER *v.* UNITED STATES POSTAL SERVICE.   Ct. Cl.   Certiorari denied.

No. 81–658.   PACELLI *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–660.   ADDISON SAVMOR, INC. *v.* UNITED STATES. C. A. 6th Cir.   Certiorari denied.

No. 81–675.   WHITE *v.* EDWARDS, SECRETARY OF ENERGY.   C. C. P. A.   Certiorari denied.

No. 81–676.   BARBEAU *v.* SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF CONTRA COSTA (HABIB, REAL PARTY IN INTEREST).   Ct. App. Cal., 1st App. Dist.   Certiorari denied.